IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHARLES SPRINGFIELD,

    Plaintiff,

v.                                        Civil Action No.5:07-cv-167

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## **ORDER DIRECTING CLERK TO SEND NEW IFP FORM**
## **TO PLAINTIFF'S COUNSEL**

On December 20, 2007, Charles Springfield, ["Plaintiff"], filed a complaint under 42 U.S.C. § 405(g) and an Application for Leave to Proceed in forma pauperis. The District has adopted a new IFP form. Plaintiff is directed to complete the new form within ten days of the date of this Order. The Clerk is directed to mail a copy of the new IFP form to counsel for Plaintiff.

DATED: January 11, 2008

                                                          /s/ James E. Seibert
                                                          JAMES E. SEIBERT
                                                          UNITED STATES MAGISTRATE JUDGE