IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHARLES SPRINGFIELD,

       Plaintiff,

       v.                     Civil Action No.5:07-cv-167

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

## ORDER DIRECTING PLAINTIFF TO SUBMIT COMPLETED IFP APPLICATION

On December 20, 2007, Charles Springfield, ["Plaintiff"], filed a complaint under 42 U.S.C. § 405(g) and an Application for Leave to Proceed in forma pauperis. On January 11, 2008, and again on February 4, 2008, the Court directed Plaintiff to complete the District's new IFP form. Plaintiff filed the completed form on February 20, 2008.

Plaintiff's application indicates he has a spouse. His application is incomplete as to income earned by him and his spouse.

Accordingly, Plaintiff is directed to submit a completed application within ten days of the date of this Order.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**IT IS SO ORDERED.**

DATED: March 10, 2008

                                              /s/ James E. Seibert
                                              JAMES E. SEIBERT
                                              UNITED STATES MAGISTRATE JUDGE